Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000641
06-FEB-2017
07:59 AM

NO. CAAP-16-0000641

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GLEN H. SHIOTSUGU, Claimant-Appellant
v.
CONTINENTAL AIRLINES, Employer-Appellee
and
GALLAGHER BASSETT SERVICES, INC., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-288; DCD NO. 2-88-29645)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 12.1(e) and 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On September 27, 2016, Claimant-Appellant Glen H. Shiotsugu (Appellant), pro se, filed a notice of appeal;

(2) On November 28, 2016, the agency clerk filed the record on appeal;

(3) On November 29, 2016, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before December 8, 2016, and January 9, 2017, respectively;

(4) Appellant did not file either document, or request an extension of time;

(5) On January 17, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 27, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(6) Thereafter, Appellant took no further action in the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 6, 2017.

Presiding Judge

Associate Judge

Associate Judge